UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPECIALTY NATIONAL INSURANCE
COMPANY,

      Plaintiff,

v.                                               Case No. 8:07-cv-878-T-24 MAP

U-SAVE AUTO RENTAL OF AMERICA, INC.,
*et al*.,

      Defendants.
_____/

**O R D E R**

This cause comes before the Court on Plaintiff's Motion to Extend Dispositive Motion Deadline. (Doc. No. 43.)

Plaintiff Specialty National Insurance Company ("Specialty") seeks to extend the dispositive motion deadline sixty (60) days. The dispositive motion deadline has already been extended several times. The dispositive motion deadline was originally set for March 24, 2008. (Doc. No. 9.) The Court entered an amended case management and scheduling order setting the dispositive motion deadline for May 8, 2008. (Doc. No. 22.) At the parties' request, the Court then entered a second amended case management and scheduling order setting the dispositive motion deadline for July 15, 2008. (Doc. No. 30.)

Specialty claims that an additional extension of the dispositive motion deadline is necessary because: (1) Specialty has not been able to complete discovery in this case; and (2) Specialty is seeking leave to include additional claims against Defendants. Defendants oppose Specialty's request to extend the dispositive motion deadline. (Doc. No. 45.)

The Court finds Specialty's arguments unpersuasive. Specialty filed a motion for

extension of time to complete discovery (Doc. No. 42) contemporaneously with the instant motion, which United States Magistrate Judge Mark A. Pizzo denied, specifically noting the multiple extensions of time that have already been granted in this case and the last-minute nature of Specialty's request.  (Doc. No. 48.)  Regarding Specialty's intention to seek leave to amend its complaint, it appears that no motion seeking leave to amend has yet been filed.  If such a motion is filed and granted, and if additional time to file dispositive motions is necessary in light of any amendments, Specialty make seek further extension of the dispositive motion deadline at that time.

Upon consideration, the Court finds that Specialty has failed to give sufficient reason to grant yet another extension of the dispositive motion deadline.  As Local Rule 3.05(c) states, "[a] motion to amend any pleading or a motion for a continuance of any pretrial conference, hearing, or trial is distinctly disfavored after entry of the Case Management and Scheduling Order." Specialty states that it is not seeking an extension of the pretrial conference or trial in this case. However, if this Court were to grant the instant motion and further extend the dispositive motion deadline, it would be necessary to also extend the pretrial conference and trial.  The Court is disinclined to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Specialty's Motion to Extend Dispositive Motion Deadline (Doc. No. 43) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of July, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge